**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 297-4903**

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>**UNITED STATES MAGISTRATE JUDGE** | **UNITED STATES COURT HOUSE**<br>**NEWARK, NJ 07101-0999** |

**LETTER-ORDER**
**ORIGINAL FILED WITH THE CLERK OF THE COURT**

March 26, 2008

Scott R. Gallant, Esquire
Zenstein, Gallant & Parlow, P.C.
1617 JFK Boulevard, Suite 1270
Philadelphia, PA 19103

Scott A. Lazar, Esquire
Barrett, Lazar, LLC
145 West Passaic Street, Second Floor
Maywood, New Jersey  07607

         Re: Joseph Tucker, et al v.s. Certain Underwriters at
          Lloyd's London
           Civil Action No. 07-6048    (RBK)

Dear Counsel:

  *SHERYL MINTZ GOSKI , ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court.  Your attention is directed to that rule, together with the accompanying Guidelines for Mediation.

  The mediator will contact you shortly to discuss the mediation process.  Within fourteen  (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length.  Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

  Please remember that counsel and parties are required to participate in the mediation process in good faith.  The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

          **SO ORDERED**

          <u>s/ Madeline Cox Arleo</u>
          United States Magistrate Judge

*Sheryl Mintz Goski, Esquire
Herold & Haines
25 Independence Blvd.
Warren, New Jersey 07059
(908) 647-1022

Case 1:07-cv-06048-RBK-AMD   Document 9   Filed 03/27/08   Page 2 of 2 PageID: 48